IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

CHARLES OKONKWO,

    *Plaintiff*

    *v.*                                Docket No. 06-cv-00544

SEARS, ROEBUCK AND CO. ; and,    Honorable Donetta W. Ambrose
SEARS HOLDINGS CORPORATION,    Chief U.S. District Judge

    *Defendants.*

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff, Charles Okonkwo; and, Defendants, Sear, Roebuck and Co., and Sears Holding Corporation, voluntarily execute this Stipulation of Dismissal, indicating for the record that this action is hereby dismissed with prejudice.

| | |
|---|---|
| */s/ Monte J. Rabner* | */s/ Mark Goldner* |
| Monte J. Rabner, Esquire | Mark Goldner, Esquire |
| PA ID No 68251 | PA I.D. No. 75938 |
| | |
| **Rabner Law Offices** | **Jackson Lewis LLP** |
| 800 Law & Finance Building | One PPG Place |
| 429 Fourth Avenue | 28th Floor |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (412) 765-2500 | (412) 232-0404 |
| (412) 765-3900 Fax. | (412) 232-3445 Fax. |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

IT IS SO ORDERED:

_____ J.

11/29/06